```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14390
    SOLOMON D JONES
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0070


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/09/2007 and was confirmed 10/31/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/16/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
MAGIC MOTORS               SECURED VEHIC    2100.00         61.18        207.62
MAGIC MOTORS               UNSECURED       NOT FILED          .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS     12033.74           .00        559.80
LOLITA VENSON              NOTICE ONLY     NOT FILED          .00           .00
A/R CONCEPTS               UNSECURED       NOT FILED          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          235.79          .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED          .00           .00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED          .00           .00
HARRIS                     UNSECURED       NOT FILED          .00           .00
TORRES CREDIT SERVICES     UNSECURED       NOT FILED          .00           .00
TRIAD FINANCIAL CORP       UNSECURED         5353.44          .00           .00
UNIVERSAL CASUALTY         UNSECURED       NOT FILED          .00           .00
GUNDHELD ENTERPRISES       NOTICE ONLY     NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   FILED LATE         526.12          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,384.00                     523.96
TOM VAUGHN                 TRUSTEE                                        97.44
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                1,450.00

PRIORITY                                       559.80
SECURED                                        207.62
    INTEREST                                    61.18
UNSECURED                                         .00
ADMINISTRATIVE                                 523.96
TRUSTEE COMPENSATION                            97.44
DEBTOR REFUND                                     .00
                      ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 14390 SOLOMON D JONES
```

```
TOTALS                                    1,450.00              1,450.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/29/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE